UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PROQUEST, LLC,
a foreign limited liability company,

    Plaintiff,

v.

E-TECHNOLOGIES SOLUTIONS
CORP., a Florida corporation,

    Defendant.
_____/

Case No. 2:19-cv-10043-LVP-SDD
Honorable Linda V. Parker

Magistrate Judge:
Stephanie Dawkins Davis

## APPEARANCE OF LUIS E. GOMEZ

**PLEASE TAKE NOTICE** that Luis E. Gomez of The Allen Law Group, P.C. hereby enters his appearance as counsel for Defendant, E-Technologies Solutions Corp., in the above-captioned case.

Respectfully Submitted,

**THE ALLEN LAW GROUP, P.C.**

 /s/ Luis E. Gomez
Luis E. Gomez (P80573)
3011 W. Grand Boulevard, Ste. 2500
Detroit, Michigan 48202
(313) 871-5500
lgomez@alglawpc.com

Dated: January 24, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2019, I electronically filed the foregoing appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

    Respectfully Submitted,

    **THE ALLEN LAW GROUP, P.C.**

By:   /s/ Kara L. Judd
       Kara L. Judd, Legal Assistant
       2500 W. Grand Blvd., Suite 2500
       Detroit, Michigan 48202
       (313) 871-5500
       kjudd@alglawpc.com